AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| WAYNE NORRIS | ) | Case No.  1:20MJ4067-JDG |
| | ) | |
| *Defendant(s)* | ) | |

**FILED**

1:50 pm Mar 12 2020

**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  March 11, 2020  in the county of  Lorain  in the  Northern  District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Sec 841(a)(1), (b)(1)(B) | Possession with Intent to Distribute Controlled Substance |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Inspector Jason Parillo, USPIS
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Crim. Rules 4.1

*Judge's signature*

Date:  03/12/2020

City and state:  Cleveland, Ohio

Magistrate Judge Jonathan D. Greenberg
*Printed name and title*