IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:20 CR 228 |
| ) | CASE NO. _____ |
| WAYNE NORRIS, ) | Title 21, United States Code, |
| ) | Sections 841(a)(1) and (b)(1)(B) |
| Defendant. ) | |

JUDGE PEARSON

COUNT 1
(Possession with Intent to Distribute Cocaine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury charges:

1. On or about March 11, 2020, in the Northern District of Ohio, Eastern Division, Defendant WAYNE NORRIS did knowingly and intentionally possess with the intent to distribute at least 500 grams of a mixture and substance containing a detectable amount of Cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegation of Count 1 is hereby re-alleged and incorporated herein by reference. As a result of the foregoing offense, Defendant WAYNE NORRIS shall forfeit to the United States any and all property constituting or derived from any proceeds he obtained, directly or

indirectly, as a result of the said violation; and, any and all property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.