# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:20CR228 |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE BENITA Y. PEARSON |
| -vs- | : | |
| | : | |
| WAYNE NORRIS, | : | **NOTICE OF APPEARANCE OF** |
| | : | **COUNSEL** |
| Defendant. | : | |

Undersigned counsel, Darin Thompson, enters a Notice of Appearance of Counsel on behalf of the defendant in the above-captioned case. Please add Darin Thompson to the docket as lead counsel for Mr. Norris, and remove Timothy C. Ivey as lead counsel and from receiving any further ECF notifications.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/Darin Thompson*
DARIN THOMPSON
Assistant Federal Public Defender
Ohio Bar: 0067093
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
(216) 522-4856 Fax: (216) 522-4321
e-mail address: darin_thompson@fd.org.