**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:20CR228 |
| Plaintiff, | : | |
| | : | JUDGE BENITA Y. PEARSON |
| vs. | : | |
| WAYNE NORRIS, | : | **NOTICE OF DISCOVERY REQUESTS** |
| Defendant. | : | |

Defendant, through counsel, hereby gives notice that on March 24, 2020, he submitted to Kevin C. Pierce, Assistant United States Attorney, via this electronic filing, a request for discovery and relevant sentencing information pertaining to the within captioned case. See attached Exhibit A, Discovery Request; and Exhibit B, Guideline Calculation Request.

        Respectfully submitted,

        STEPHEN C. NEWMAN
        Federal Public Defender
        Ohio Bar: 0051928

        */s/Darin Thompson*
        DARIN THOMPSON
        Assistant Federal Public Defender
        Ohio Bar: 0067093
        Office of the Federal Public Defender
        1660 West Second Street, Suite 750
        Cleveland, OH 44113
        (216)522-4856   Fax:(216)522-4321
        E-mail: darin_thompson@fd.org