# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Ohio
### Carl B. Stokes United States Court House

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                              Case No.: 1:20−cr−00228−BYP

                                                          Judge Benita Y. Pearson

Wayne Norris

                         Defendant.

## SCHEDULING NOTICE

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

**IMPORTANT:** Notice [non−document] as to Wayne Norris (1). Detention Hearing set for Monday, 3/30/20 at 11:00am will take place in Courtroom 530 (Judge Lioi's Courtroom). Defendant will appear by video. (S,HR)

**PLACE**
United States Courthouse
Federal Building
Two South Main Street
Akron, OH
44308

March 26, 2020

                                                                                Sandy Opacich, Clerk
                                                   Heather R. Sherer, Deputy Clerk