IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20CR228 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE KATHLEEN B. BURKE |
| | ) | |
| WAYNE NORRIS, | ) | |
| | ) | |
| | ) | JOINT MOTION TO CONTINUE |
| Defendant. | ) | HEARING DATE |

Now comes the United States of America, by and through counsel, Justin E. Herdman, United States Attorney, and Kevin P. Pierce, Assistant United States Attorney, and hereby files this unopposed joint motion to continue the Defendant's Detention Hearing.

On March 23, 2020, the Honorable David A. Ruiz set a Dentition Hearing for the Defendant (R. 6: Order, PageID 24) for March 30, 2020 at 11:00 a.m. Government counsel and defense counsel respectfully request the Court continue the Dentition Hearing set for March 30, 2020 for approximately one week for further preparation.

The undersigned submits that this motion is not made for any improper purpose, and for the reasons stated herein, requests that this Honorable Court grant this joint motion to continue the Detention Hearing.

                Respectfully submitted,

                JUSTIN E. HERDMAN
                United States Attorney

By:   */s/ Kevin P. Pierce*

                Kevin P. Pierce (PA: 312492)
                Assistant United States Attorney
                United States Court House
                801 West Superior Avenue, Suite 400
                Cleveland, OH 44113
                (216) 622-5783
                (216) 522-7499 (facsimile)
                Kevin.pierce@usdoj.gov