# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Ohio
### Carl B. Stokes United States Court House

UNITED STATES OF AMERICA

                                    Plaintiff,

v.                                                     Case No.: 1:20−cr−00228−BYP

                                                                     Judge Benita Y. Pearson

Wayne Norris

                                    Defendant.

## SCHEDULING NOTICE

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

      **IMPORTANT:** Notice [non−document] as to Wayne Norris (1). Detention Hearing now set for 4/7/2020 at 02:00 PM in Courtroom 530 before Magistrate Judge Kathleen B. Burke (NOTE CHANGE IN TIME ONLY).(S,HR)

**PLACE**
United States Courthouse
Federal Building
Two South Main Street
Akron, OH
44308

March 30, 2020

                                                                      Sandy Opacich, Clerk
                                                     Heather R. Sherer, Deputy Clerk