FILED
4:13 pm Apr 07 2020
Clerk U.S. District Court
Northern District of Ohio
Akron

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:20cr228 ~~5:20mj228~~ |
| Plaintiff, ) | |
| vs. ) | WAIVER OF DETENTION HEARING AND ORDER |
| WAYNE NORRIS, ) | |
| Defendant. ) | Magistrate Judge Kathleen B. Burke |

Wayne Norris, the above named defendant, accused of having violated Title 21:841(a)(1) and (b)(1)(B), advised of the nature of the charge and of his/her rights, and under advice of counsel, waives in open court his/her right to a detention hearing and consents that he/she be held without bail pursuant to Title 18 U.S.C., Section 3142 (e) and (i) but reserves the right to raise the issue of detention at a later date should circumstances change.

_____
Defendant

_____
Counsel for Defendant

IT IS SO ORDERED.

Approved: _____
KATHLEEN B. BURKE
U.S. MAGISTRATE JUDGE

Date: 4/7/2020

Scanned with CamScanner