PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-CR-228 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| WAYNE NORRIS, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |

The Defendant has indicated an intent to plead guilty in this matter.

Due to the international pandemic caused by COVID-19, a public health emergency has been declared and public health authorities have urged the taking of precautions to reduce the possibility of exposure to the virus and to slow the spread of the disease. This crisis impacts the health and availability of all participants necessary to the resolution of this case.

Pursuant to Amended General Order 2020-05-1 (March 23, 2020) and Amended General Order 2020-05-2 (April 20, 2020), the Court finds that the ends of justice are served by excluding all time between the notification of intent to plead guilty and the Court's acceptance of Defendant's guilty plea for Speedy Trial Act purposes under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii), and (iv). The granting of a continuance outweighs the best interest of the public and Defendant in a speedy trial, and the failure to grant such a continuance would be likely to result in a miscarriage of justice.

The Final Pretrial and Trial dates are vacated. A consolidated Change of Plea Hearing and Sentencing is set for **August 18, 2020 at 1:30 p.m.**

(1:20-CR-228)

The Court hereby refers this matter to the Office of U.S. Pretrial Services and Probation for preparation of a full Presentence Investigation Report.

Pursuant to Local Criminal Rule 32.2(c), the parties shall, no later than seven (7) days prior to sentencing, file with the Court any information required by the Court and any information the parties intend to rely upon at the time of sentencing. Copies of any sentencing memorandum filed by any party shall be contemporaneously served upon all other parties and upon the U.S. Pretrial Services and Probation Officer. If such a memorandum is filed, a response may be filed no later than 3 days prior to sentencing. Parties shall inform opposing counsel of any motions to be made pursuant to 18 U.S.C. § 3553(e) or U.S.S.C. §5K1.1 no later than three (3) days prior to sentencing. Parties are not, however, required to file such motions in advance of sentencing. The motions can be made orally, at sentencing. Sentencing memoranda shall not include objections to the presentence report, which shall be filed as required by Rule 32(f) of the Federal Rules of Criminal Procedure. No other memoranda or motions pertaining to sentencing shall be filed without leave of Court.

If a continuance of the sentencing is needed, a written motion to continue must be filed. Counsel are instructed to confer and agree on at least three proposed dates and include them in the motion for continuance.

IT IS SO ORDERED.

   May 6, 2020                        */s/ Benita Y. Pearson*
Date                                    Benita Y. Pearson
                                          United States District Judge