PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-CR-228 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| WAYNE NORRIS, | ) | |
| | ) | **ORDER** [Resolving ECF No. 18] |
| Defendant. | ) | |

Pending before the Court is Defendant Wayne Norris' Unopposed Motion for Bond. ECF No. 18. Defendant's intention to admit guilt by way of a plea agreement is not a change in circumstances justifying revisiting his detention, under 18 U.S.C. § 3142(g). The motion for bond is denied.

The consolidated Change of Plea Hearing and Sentencing shall go forward as scheduled on August 18, 2020 at 1:30 p.m.

IT IS SO ORDERED.

| | |
|---|---|
|   June 1, 2020   |   */s/ Benita Y. Pearson*   |
| Date | Benita Y. Pearson |
| | United States District Judge |