# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:20-CR-228 |
| Plaintiff, | : | JUDGE BENITA Y. PEARSON |
| -vs- | : | |
| WAYNE NORRIS, | : | **DEFENDANT'S MOTION TO LEAVE TO FILE MOTION UNDER SEAL** |
| Defendant. | : | |

Defendant, through counsel, respectfully moves this Honorable Court for an order permitting him to file Defendant's Motion for Release on Bond under seal. Defense counsel states that the motion will contain personal confidential medical information which should not be made available for public viewing.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar No. 0051928

*/s/Darin Thompson*
DARIN THOMPSON
Assistant Federal Public Defender
Ohio Bar: 0067093
Office of the Federal Public Defender
1660 West Second Street, Suite 750
Cleveland, OH 44113
(216)522-4856  Fax:(216)522-4321
E-mail: darin_thompson@fd.org