PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-CR-228 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| WAYNE NORRIS, | ) | |
| | ) | **ORDER** [Resolving ECF No. 21] |
| Defendant. | ) | |

Pending before the Court is Defendant Wayne Norris' Motion for Leave to File Motion for Release on Bond under Seal. ECF No. 21. The motion is granted in part. Defense counsel shall limit the sealing to the medical records and specific references to those records.

IT IS SO ORDERED.

June 3, 2020            */s/ Benita Y. Pearson*
Date                                          Benita Y. Pearson
                                                   United States District Judge