IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20-CR-228 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| v. | ) | |
| | ) | |
| WAYNE NORRIS, | ) | GOVERNMENT'S MOTION TO FILE |
| | ) | UNDER SEAL ITS RESPONSE TO |
| Defendant. | ) | DEFENDANT'S MOTIONS TO MODIFY |
| | | BOND CONDITIONS |

The United States of America, by and through its counsel, Justin E. Herdman, United States Attorney, and Kevin P. Pierce, Assistant United States Attorney, requests leave of this Honorable Court to file under seal its response to Defendant' Motion for Bond (Doc. #23). The government's response may reference information of a sensitive nature, including confidential and protected patient health information. The government will serve the Defendant with a copy of its response immediately upon filing.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

/s/ Kevin P. Pierce
Kevin P. Pierce
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3758
(216) 522-7499 (facsimile)
Kevin.Pierce@usdoj.gov