IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20-CR-228 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| v. | ) | |
| | ) | |
| WAYNE NORRIS, | ) | <u>ORDER</u> |
| | ) | |
| Defendant. | ) | |

Upon motion of the United States and for good cause shown, IT IS HEREBY ORDERED that the United States may file its Response to Defendant Wayne Norris' Motions (Doc. #23) under seal.

_____

_____ BENITA Y. PEARSON
UNITED STATES DISTRICT JUDGE

Date: _____