PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-CR-228 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| WAYNE NORRIS, | ) | |
| | ) | **ORDER** [Resolving ECF No. 25] |
| Defendant. | ) | |

Pending before the Court is the Government's Motion for Leave to File Response to Motion for Bond under Seal. ECF No. 25. The motion is granted in part. The Government shall limit the sealing to the information of a sensitive nature and specific references to that information.

IT IS SO ORDERED.

| | |
|---|---|
|    June 9, 2020 |    */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |