# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:20-CR-228 |
| | : | |
| Plaintiff, | : | JUDGE BENITA Y. PEARSON |
| | : | |
| -vs- | : | |
| | : | |
| WAYNE NORRIS, | : | **DEFENDANT'S MOTION TO LEAVE TO** |
| | : | **FILE SENTENCING MEMORANDUM** |
| Defendant. | : | **UNDER SEAL OR ALTERNATIVELY TO** |
| | : | **FILE SEALED ADDENDUM THERETO** |

Defendant, through counsel, respectfully moves this Honorable Court for an order permitting him to file Defendant's Sentencing Memorandum under seal. Defense counsel states that the Sentencing Memorandum will focus on personal confidential medical information and personal history information which should not be made available for public viewing. Alternatively, Defendant respectfully moves this Honorable Court for an order permitting him to file a Sealed Addendum to the Sentencing Memorandum in order to address those matters.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar No. 0051928


*/s/Darin Thompson*
DARIN THOMPSON
Assistant Federal Public Defender
Ohio Bar: 0067093
Office of the Federal Public Defender
1660 West Second Street, Suite 750

                                                  Cleveland, OH 44113
                                                  (216)522-4856  Fax:(216)522-4321
                                                  E-mail: darin_thompson@fd.org