IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20CR228 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| v. | ) | |
| | ) | |
| WAYNE NORRIS, | ) | INFORMATION RE: PRIOR CONVICTION |
| | ) | |
| Defendant. | ) | |

Now comes the United States of America, by and through its attorneys, Justin E. Herdman, United States Attorney, and Kevin P. Pierce, Assistant United States Attorney, and pursuant to Title 21 §§ 841(b)(1)(C) and 851, United States Code, hereby gives notice that if an adjudication of guilt is entered against the defendant, WAYNE NORRIS in Count 1 of the indictment returned in the above-captioned case, that the United States will rely upon the previous "felony drug offense" conviction of WAYNE NORRIS for the purpose of invoking the increased sentencing provisions of Title 21 § 841(b), United States Code. The previous "felony drug offense" conviction upon which the United States will rely is:

(1) Trafficking Offense 2925.03(A)(2) with Forfeiture Specification(s), in the Lorain County Court of Common Pleas, Case No. 14CR090001, on or about July 18, 2016.

The United States alleges that the defendant has been convicted of at least one prior "felony drug offense." The penalty enhancement provisions of Title 21 § 841(b)(1)(C), United States Code (relating to a Schedule I and Schedule II controlled substances), requires a maximum term of imprisonment of Life, at least ten (10) years of imprisonment, a fine not to exceed $8,000,000, and eight (8) years of supervised release, as alleged in Count 1 of the indictment, if the defendant has been convicted of at least one prior "felony drug offense."

    Respectfully submitted,

    JUSTIN HERDMAN
    United States Attorney

    /s/ Kevin P. Pierce
    Kevin P. Pierce
    Assistant United States Attorney
    United States Court House
    801 West Superior Avenue, Suite 400
    Cleveland, OH 44113
    (216) 622-3758
    (216) 522-7499 (facsimile)
    Kevin.Pierce@usdoj.gov