PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-CR-228 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| WAYNE NORRIS, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |

A consolidated felony plea and sentencing is set in this matter for August 18, 2020 at 1:30 p.m.

It appearing that circumstances will not allow in-person felony pleas and sentencings in the near future, the consolidated felony plea and sentencing will occur as scheduled.[1] The Court finds that the felony plea and sentencing cannot be further delayed without doing serious harm to the interests of justice. *See* The CARES Act, H.R. 748, Sections 15002(b)(2) and 15002(b)(2)(A).

The consolidated felony plea and sentencing shall be conducted *via* Zoomgov.com. The Zoomgov.com meeting details have been distributed to counsel, the Office of U.S. Pretrial

---

[1] Pursuant to Section 15002(b)(2), the Chief District Judge specifically found that felony pleas under Rule 11 of the Federal Rules of Criminal Procedure and felony sentencings under Rule 32 of the Federal Rules of Criminal Procedure cannot be conducted in person in this district due to the COVID-19 pandemic without seriously jeopardizing public health and safety. *See* Amended General Order No. 2020-06-1 (June 26, 2020).

(1:20-CR-228)

Services and Probation, and the facility where Defendant is being detained.  Defendant shall participate in the consolidated felony plea and sentencing *via* Zoomgov.com from that facility.[2]

    IT IS SO ORDERED.

  __August 13, 2020__                            __*/s/ Benita Y. Pearson*__
Date                                              Benita Y. Pearson
                                                   United States District Judge

---

[2] A Waiver and Consent form will be issued, and the approved form must be filed on the docket not less than 3 business days before the hearing.