To the honorable judge Benita Y. Pearson        August 3rd 2020

Your Honor,

My name is Desiree Hoinowski. I am the fiancé of Wayne Norris whom is currently awaiting sentencing for drug charges. He is incredibly sorry and he carries an enormous amount of guilt for what he has done. Life has never been easy for Wayne. His father was barely around and he suffered a lot of abuse during his childhood and teenage years. Despite all of his challenges, he is a warm and loving father and partner. We are building our life together and we have been working on our business, a restaurant, which has always been our dream. His driving force is always his children whom love and miss him very much. His sisters look up to him as he has always been their support system and he has always treated their children like his own. He cares for his mother that misses her only son. Wayne is such an important part in this family and we all want and need him back home with us. I personally stand behind him and I know he has changed and

**EXHIBIT A**

Scanned with CamScanner

will never get in trouble with the law again. I have faith in him.

He suffers from Graves disease and his symptoms have been continually getting worse. The numbness in his arms and hands is now constant, his vision is worsening and he is experiencing trouble remembering things. He is at a higher risk of contracting Covid 19 because he is immuno compromised. I fear for his life every day.

He did not have a father in his life but his children still have a chance to. We all love him so much and we are hoping and praying to have him back home with us.

Yours respectfully,

Desiree Hoinowski

Dear Judge Anita Pearson

Wayne is the foundation of our family. He's our serenity, security and stability. He's always there to pick up where ever I fall short. He makes sure our family is good before he thinks about anything else. Providing for our family has always been priority to him, and he refuses to not be able to give them the things they need and want. He is an incredibly selfless person, and has worked so hard to put his all into building a future for our kids. So that one day he would be able to pass it down to them, and be proud of it. They all were excited about working with their dad in the pizza shop he was working on.

Wayne takes pride in being involved in our childrens lives. He never wanted them to feel like they couldn't depend on him for anything they needed. Rather it was support, or to listen, it didn't matter he's here for it all.

Scanned with CamScanner



During the week he took all of the kids to school and picked them up. He attended teacher conferences, he picked them up when they called home sick from school. After school activities such as concerts, and football games, and practices he was there to encourage them to do their best, and support them. He did all of this while starting a new business. Jaden (our oldest son) had a school assignment to write about someone who inspires him, he chose to write about his dad because despite the odds against him from growing up in poverty to and experiencing the things that he has in life. He was still able to pursue his dream of opening a business.

Life without him these past months have been rough on all of us. Without his support I'm forced to work 60-70 hr weeks to support our family the best I can. I hate that it takes away from the time I could be spending with my kids. But I'm all they have at home now. There's an overwhelming gap in our home, wayne has

Scanned with CamScanner

been doing the best he can
to continue to be there for
Jaden, Lucas, Bella and myself.
He makes sure they know he
loves them and is always thinking
of them. He tries to stay involved
in whatever they have going on,
and gives them support and encouragement
in everything they do.

Alot has changed in a short
period of time. While learning to
cope with their dad being away,
they've also had to cope with
staying home from school, staying away
from family and friends, and not
being able to at least visit with
their dad due to Covid 19. This
is an influential time in their lives.
They need both of their parents.
Phone calls, letters, and pictures can
only go so far. They need to be
able to see and hug their dad. Its
difficult to try to explain to them
that we dont know when they will
be able to see him again.

I pray that wayne gets to
come home as he left us, Because
he has graves disease he is more
susceptible to contract the corona
virus, and is more likely to

suffer from severe complications. He has made his mistakes, but they do not define who he is and his life shouldn't be jeopardized because of them. I plead that you are able to see past his mistakes and see him for the loving, selfless, amazing person he truly is, and bring him back home to us as soon as possible. Thank you for your time and consideration

Sincerely,

Stacy Norris

Dear Judge I think my dads sentence should be reduced because everything he's done for me and my family. When my dad was home he would make sure we were in check and that we were keeping our grades up. He would make sure me and my siblings have the oppertunities he didn't growing up. When he first came home he told us he wanted to open up his own stuff like a restaurant and how he wanted me and my brother to help him with it.

Whenever we needed something that involved money instead of him just giving us the money he would make us work for it by doing yard work or

·MI

Something as simple as cleaning his car.

If his sentence gets reduced he would be able to come to my football games. He'd be their when I get my first job or even my first highschool dance.

But the biggest reason is the support he gives all of us it's crazy how it all comes from one person we would always talk before and after school just about anything but they would always help and make me feel better.

Sincerely Jade horris

Scanned with CamScanner

Dear Judge

   Daddy and me did lots of things together. We had fun at the park and Chuck e cheese. I miss him very much. I love to spend time with my daddy. I've been crying without him, Because it has been so long since I've seen him. Please let my daddy come home soon so we can be a family again.

                    Sincerely

Dear Judge

I miss my dad because I love him.
I want it to be like it use to be.
My dad help me with alot of things.
He help me with my homework,
He drove me to school everyday
and he took us out to eat to spend
time with us after school. He help
me figure out and get all the equipment
I needed to start my youtube channel
we talked about ideas I could use for
videos. I miss play mortal kombat
with him as family even though nobody
could beat him.

   I was really sad when I
found out where he was. Life
without my dad isnt any life I
wanted. It hasent been the same at home
since. I really Just want my dad home.
We need him because things are
getting harder without him. Our
family cant be complete without
him. I don't want him to miss
out on big moments in our lives.

~~Sincerly~~
Sincerely,
███████████

July 25, 2020

To whom it may concern—

My name is Shannon Norris. I am writing you this letter today to give you some insight on how my cousin Wayne Norris has impacted my life. Throughout my life like many individuals I've had my ups and downs. After then I got sober I been so for six years now. My cousin Wayne provides me with positive words of encouragement and prayers when I don't feel that I can continue in my path. He provides me with someone that I can relate to and can trust. Not simply because Wayne is my family, but because that's the type of man he is!! One you can

trust.

Wayne taught me the value of trust. He taught what the value of true friendship. He also taught me what it meant to be a true friend. These are just a few!!

My cousin Wayne gave me so much insight it amazes me and more comes everyday.

Thank you again for reading my letter.

Sincerely,
Shannon
Norris

7/30/2020

To whom it may concern :

I am writing this letter in regards to Wayne Norris.
    To me Wayne is more than just my brother he has been like a father to me both financially and emotionally as well as physically. Wayne is a very wise man for that I've been nothing more but grateful. Being a young African American single mother he stepped in and helped me with my 3 children when he didn't have to because he has 3 of his own. My brother/ father being away from me and my children has been hard emotionally and physically because there's things that I need from him that I can no longer receive because he no longer a phone call away. I am aware of his mistakes he's made but his intentions were pure. Our mother was/ is a single mother of seven ... and even though the cycle was due to repeat he has changed that. Wayne is the heart of his sisters and we all need him to protect us from the things we cannot see, or to blind to catch for that matter. My father left my life when I was 15 and from that moment on my brother was there to push me to finish school, he was there to motivate me to finish college, he taught me to never depend on a man, not even him & I find mind self doing just that. The difference between then and now is that he was here to reassure me that I can do it, what ever obstacle that I may face never second guess my self.
        I Jessica Pearson am not asking for him to be free, I am just writing this letter to ask for Leniency on him and his sentence. To take into consideration he is is a dad to multiple but a father to three and we need him. I don't want my sons to loose their only positive father figure that have regardless of the mistakes he's made. Wayne has a family that love him dearly and needs him very much. I am speaking for us a whole, we are willing to help him take the right steps in letting this path he's chosen go.

Thank you


Jessica Pearson

My name is Jacqueline Smith. I'm one of Wayne Norris's aunts, his mother's oldest sister. Wayne has been a focused and respectable young man growing up. Over the years of helping raise Wayne I can say he came up to be a decent, honest man, because here we have a boy growing up without his father being or even trying to be in his life. So he was left for my sister (Mom) and myself (Jackie) to teach him to be a man, but society has always said that "A woman can never teach a boy how to be a man", but I think my sister and myself did an excellent job. Wayne has been a blessing to me over the years because of the things my sister and myself implemented to him regarding Family values. I can say Wayne has changed that cycle in regards to being an absent parent/father to his children. So I think he should be given a 2nd chance because him being absent from his family especially his children will only repeat the cycle to his children and those things we have taught him over the years of teaching him how to be a great man to society and teaching his children will be lost.

Sincerely Yours,
Jacqueline Smith

*Jacqueline Smith*

July 30th, 2020

To Whom This May Concern:

 My name is Angelia Dean and I'm a family friend of Wayne Norris. I'm a STNA at a nursing home in Westlake Ohio. I'm 20 years old and I have been working as an aid for 4 years now while I'm in college for nursing . I know I'm not anyone important but I am so grateful to have Wayne in my life. He has done nothing but motivate me every time I see him . Wayne was ALWAYS smiling and laughing, i've never once seen him upset before. He would write to me every morning wanting to work out and he taught me how to eat healthier and push to be the best I can be. If anyone deserves a chance it's Wayne he has a mind set not many people in this world have anymore. He has the most beautiful, respectful and kind family. I've been best friends with his sister for over 7 years I've been with them from start to finish they have helped me from having a safe place to stay and rides back and in forth in high school or to and from school dances I can never forget the support his family gave me and it just breaks my heart that's somebody with such a kind heart and sane mind would be locked away from his family and friends who supports and love him so much. This world isn't much anymore but it would be nice if he could be there for his children to shelter them through this tough time. I pray that he gets to see this world again. Thank you for your time.

Sincerely,
Angelia Dean

July 25, 2020

To whom it May Concern:

 I am writing in regards to my brother, Wayne Norris. I am his sister Kennisha Smith. Having said that, I
am asking for your mercy on him. My brother is a good man. He has four beautiful children that need
him. He plays an active role in their lives, and with him being absent is greatly affecting them.
Wayne obviously is not perfect, and made some sub par decisions that has landed him in the situation he
is in now. The reality of those decisions is not only affecting him and his kids but his family as well. He
plays a vital role in our family. He is like the glue that holds us together and keeps us lifted up physically,
spiritually, and mentally.
I know my brother realizes the mistakes he has made and I know he is working on making the changes he
needs to in order to become a better man. Please consider giving him a more lenient sentence. I know you
will not be disappointed in the end. He has great support. He is willing and ready to do whatever it takes
to be a successful black man.
Thank you for taking time and considering my request. I appreciate all you do.


Kennisha Smith

July 24, 2020

To Whom It May Concern:

My name is Pamela Smith.  I reside at ███████████████████████████
███████.  I am a Deli Clerk at Apples Grocery Store here in Elyria.

I am writing this letter in support of my son, Wayne Norris (67554060).

Despite being away from his family during this time he is still a support to me, his
children, nieces, nephews and our entire family.  He checks in with us as much as
he can and always has an encouraging word for us.  During his time of
confinement, I have come to hear maturity in his words when we talk. Wisdom.
Sometimes people have to grow and mature. I hear how important family is to him
and that he has learned from his past mistakes.  He has a desire to start fresh and
make a different path for himself and his children.  I feel given a second chance my
son can be a productive citizen.

I am completely supportive of helping my son get reestablished in society, finding
employment, seeing his parole officer consistently, going back to school.  Anything
that is positive and productive in helping him make the transition back into society
and being a productive citizen and father.

I would like to add in closing that I am very concerned about his wellbeing and
health during this pandemic.  The number of cases of COVID 19 are running
high right now.

Thank you for your consideration in this important matter.

Sincerely,
Ms. Pamela Smith

July 24, 2020

To Whom It May Concern:

    My name is Jazzman Pearson. I am Wayne Norris's sister and I am writing this letter in support of him. Although his circumstances, he still manages to keep such a positive, uplifting attitude towards any and everything, always. I think that's what I admire most about him, no matter the situation he always manages to keep our family together in faith that things will work out for the better. To see Wayne as a father is something so incredible to experience, he's soo involved and so active in whatever they're doing and so in depth to make sure that they have whatever it is that they need physically and mentally. Being their aunt is so humbling but yet so emotionally because I can see they are affected by his absence, they are so used to him being around and being able to watch movies and enjoy long car rides with him.

Although Wayne has made mistakes, I feel as though he wants so much more for himself. He's become more of a father figure to me than anyone I know, he's always lecturing me that I should go travel to the world and see new things and always giving me ideas to better myself. I feel like people are capable of change in due time if given the opportunity. I feel as though he could be a productive citizen in society and make change for not only himself but for the people around him. We will continue to be his biggest support system as he has been for all of us through everything.

Thank you for your consideration in this important matter.

Sincerely,
Jazzman Pearson