IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 20CR228 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| v. | ) | |
| | ) | |
| WAYNE NORRIS, | ) | <u>NOTICE OF APPEARANCE</u> |
| | ) | <u>(CO-COUNSEL)</u> |
| Defendant. | ) | |

Now comes the United States of America, by and through counsel, Justin E. Herdman, United States Attorney, and Kevin Pierce, Assistant U. S. Attorney, and respectfully advises the Court that the undersigned will appear as co-counsel of record, and requests that all notices and entries sent by this Court to Kevin Pierce, Assistant U.S. Attorney, also be sent to Margaret A. Sweeney, Assistant U. S. Attorney.

                                                                            Respectfully submitted,

                                                                            JUSTIN E. HERDMAN
                                                                            United States Attorney

By:   /s/ Margaret A. Sweeney
        Margaret A. Sweeney (OH: 0086591)
        Assistant United States Attorney
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, OH 44113
        (216) 622-3990
        (216) 522-7499 (facsimile)
        Margaret.Sweeney@usdoj.gov