PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-CR-228 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| v. | ) | **WAIVER AND CONSENT TO** |
| | ) | **VIDEO CONFERENCING OR** |
| WAYNE NORRIS, | ) | **TELECONFERENCING AT** |
| | ) | **CONSOLIDATED FELONY PLEA** |
| Defendant. | ) | **AND SENTENCING** |

I, Wayne Norris, the above-named Defendant, understand that I have indicated an intent to plead guilty to a felony offense in this matter. I further understand that pursuant to Rule 32 of the Federal Rules of Criminal Procedure, I have a right to have the Court address me personally and in open court prior to imposing sentence. I also understand that under Section 15002 of the CARES Act, I can consent, after consultation with counsel, to using video conferencing or teleconferencing, if video conferencing is not reasonably available, to conduct a consolidated felony plea and sentencing. *See* also Amended General Order 2020-06-1 (June 26, 2020) and Amended General Order 2020-08-1 (July 28, 2020).

I have read this waiver and discussed this matter with my attorney, and have had sufficient time to do so. I understand that this proceeding cannot be further delayed without serious harm to the interests of justice. Therefore, under advice of counsel, I hereby knowingly waive my right to appear in open court and consent to conducting my consolidated felony plea and sentencing by video conference or teleconference. I am waiving this right voluntarily and of my own free will. No threats or promises have been made to me, nor am I under the influence of

(1:20-CR-228)

anything that could impair my ability to understand this waiver and consent.

8-17-20
**Date**

**Defendant**

I have read this waiver and consent, agree that this proceeding cannot be further delayed without serious harm to the interests of justice, and concur with proceeding by using video conferencing or teleconferencing.  I have explained this consent to Defendant, and to the best of my knowledge and belief, Defendant understands the waiver and his consent to proceed in this matter is knowing and voluntary.

8/17/20
**Date**

**Attorney for Defendant**

2