Informal Resolution: Section 542.13     Wayne Norris

Issue: Dates of Receiving document(s)

On 12-1-20, I wrote my Request for Compassionate Release to Warden D. Young. (see attached copy-A)

On 12-21-20, The Request form was stamped Received and Initialed (initials inlegible).

On 2-8-21, at 7:00 pm, a female FCI Beckley staff member (unknown) approached my cell (CAU 416) and gave me a copy of my 12-1-20 Request for Compassionate Release, a copy the warden denial (see attached copy-B) and a BP-9 (229)

The Problem is that date of the wardens alleged denial is Recorded at 1-22-21 (see exhibit-B), However this denial comes 38 days after stamped date on 12-21-20 (see Exhibit-A). I Request Compassionate Release 12-1-20, Request was stamped Received 12-21-20, warden denial was dated 1-22-21, I received the warden's denial 2-8-21 at 7pm. This is 68 days since I Requested and 38 days since stamped Received and 8 days after the language of 18 USC Section 3582 (c)(1)(A).

The 8 days late is past the 30days Required by law in a Compassionate Release motion and legislative intent of Prescribed Rule for filing. No Special Circumstance(s) was given for the 8 day delay or justified Relating to the 30 days timeline for the warden's answer.

Relief: To have acknowledged that these documents were provided to me on February 8, 2021 with the backdate of 1-22-21 answer from Warden D. Young

BP-A148.055  
SEP 98  
**INMATE REQUEST TO STAFF**

U.S. DEPARTMENT OF JUSTICE  
FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Warden D.L. Young | DATE: Dec 1 2021 |
|---|---|
| FROM: Lemyne Norris | REGISTER NO.: 61554060 |
| WORK ASSIGNMENT: | UNIT: OaU |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Ive been suffering from Graves which is a autoimmune disorder. As well as being pre-diabetic. For 11 months my hand has been numb with extreme pain, and muscle spasms in my left arm. I have mental health issues that I have been trying to get address since I got here. There are countless cases of Covid-19 on this compound as well as being locked down due to Covid-19 there is no way my medical or mental health needs can be met. So I would like to request compassionate release

(Do not write below this line)

DISPOSITION:


RECEIVED 12/21/2020

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate  
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

**SECTION 6**

*Inmate Copy* (Exhibit B)

Inmate Name: NORRIS, WAYNE
Register No.: 67554-060
Quarters: PINE AU

This is in response to your Inmate Request to Staff Member in which you request consideration for Compassionate Release/ Reduction in Sentence (RIS) based on claimed medical conditions of Graves' Disease, pre-diabetic concerns and muscle spasms.

A thorough review of your request was completed utilizing Program Statement 5050.50: *Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582 and 4205(g)*. Medical staff have determined you do not meet the criteria under Terminal Medical Condition or Debilitated Medical Condition. Specifically, you have not been diagnosed with a terminal incurable disease with a life expectancy of 18 months or less; or completely disabled, meaning you cannot carry on any self-care and are totally confined to a bed or chair or capable of only limited self-care and confined to a bed or chair for more than 50% of waking hours.

Accordingly, your request for a Compassionate Release/ Reduction in Sentence (RIS) is denied.

If you are not satisfied with this response to your request, you may commence an appeal of this decision via the administrative remedy process by submitting your concerns on the appropriate form (BP-9) within 20 days of the receipt of this response.

_____    1.22.21
D. L. Young, Warden                Date

DHC - I received my copy Feb 8th 21