Wayne Norris
67554060
FCI Beckley
P.O Box 350
Beaver, WV 25813






Federal Judge
Benita Y Pearson
125 Market St
Youngstown, OH 44503