**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO: 1:20-CR-228 |
| | : | |
| Plaintiff, | : | JUDGE BENITA Y. PEARSON |
| | : | |
| -vs- | : | |
| | : | |
| WAYNE NORRIS, | : | **MOTION FOR EXTENSION OF TIME** |
| | : | **TO REVIEW CASE** |
| Defendant. | : | |

Defendant submitted to the Court a request for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) dated February 19, 2021, Dkt. 45. On March 2, 2021, the Court, pursuant to the General Order 2020-07, appointed the Office of the Federal Public Defender for review of Mr. Norris's request. The General Order gives undersigned counsel 30 days from the "filing of the pro se motion for compassionate release" to file a supplement or "a statement indicating [he] will not be filing anything on the defendant's behalf." General Order 2020-07, p. 2.

Defense counsel now requests this Court for additional time to review the case and file a supplement to Mr. Norris's motion. Defense counsel recently received additional information from Mr. Norris, and in light of the additional information, defense counsel will need to request additional documentation from the Bureau of Prisons (BOP), specifically regarding mental health services requested.

For these reasons, defense counsel requests 30 additional days to file a supplement to his motion.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928


*/s/Khalida A. Sims*
KHALIDA A. SIMS
Assistant Federal Public Defender
Ohio Bar: 0090054
1660 West Second Street, Suite #750
Cleveland, OH 44113
(216) 522-4856 Fax: (216)522-4321
E-mail: khalida_sims@fd.org