# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO: 1:20CR228 |
| | : | |
| Plaintiff, | : | JUDGE BENITA PEARSON |
| | : | |
| -vs- | : | |
| | : | |
| WAYNE NORRIS | : | **DEFENDANT'S MOTION FOR AN** |
| | : | **ORDER TO FILE A SUPPLEMENT TO** |
| Defendant. | : | **MOTION FOR COMPASSIONATE** |
| | : | **RELEASE UNDER SEAL** |

Defendant Wayne Norris moves the Court, pursuant to Rule 49.4 of the Local Criminal Rules, for an Order to file a supplement to his pro se motion for compassionate release under seal. This supplement contains medical and personal information that should not be disclosed to the public. As such, Mr. Norris requests the Court enter an Order permitting him to file his supplement to his motion for compassionate release under seal.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/ Khalida A. Sims*
Khalida A. Sims
Attorney at law
Ohio Bar: 0090054
Office of the Federal Public Defender
1660 West Second Street, Suite #750
Cleveland, OH 44113
(216)522-4856  Fax:(216)522-4321
E-mail: Khalida_sims@fd.org