PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-CR-228 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| WAYNE NORRIS, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | [Resolving ECF No. 48] |

Pending before the Court is Defendant Wayne Norris' Motion for Leave to File Supplement to Motion for Compassionate Release Under Seal. ECF No. 48. The motion is granted in part. The sealing is limited to a supplement to the pending Motion to Reduce Sentence/Request for Compassionate Release re First Step Act of 2018 (COVID-19) (ECF No. 45), containing medical and personal information pertinent to Defendant and specific references to that information. That which does not include medical and personal information or references to medical and personal information shall be filed in an unsealed supplement.

IT IS SO ORDERED.

 April 26, 2021  /s/ Benita Y. Pearson 
Date                                                        Benita Y. Pearson
                                                                  United States District Judge