IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20CR228 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| v. | ) | |
| | ) | |
| WAYNE NORRIS, | ) | MOTION FOR LEAVE TO FILE UNDER |
| | ) | SEAL |
| Defendant. | ) | |

The United States of America, by and through its counsel, Bridget M. Brennan, Acting United States Attorney, and Kevin P. Pierce, Assistant United States Attorney, requests leave of this Honorable Court to file its Supplemental Response in Opposition to Defendant's Motion to Reduce Sentence Under 18 U.S.C. 3582(c)(1)(A)(i), which contains medical and personal information that should not be disclosed to the public, under seal. The government will serve the Defendant with the document immediately upon filing.

                                                Respectfully submitted,

                                                BRIDGET M. BRENNAN
                                                United States Attorney

By:    /s/ Kevin P. Pierce
          Kevin P. Pierce (PA: 312492)
          Assistant United States Attorney
          United States Court House
          801 West Superior Avenue, Suite 400
          Cleveland, OH 44113
          (216) 622-3758
          (216) 522-7499 (facsimile)
          Kevin.Pierce@usdoj.gov