PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-CR-228 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| WAYNE NORRIS, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | [Resolving ECF No. 52] |

Pending before the Court is the Government's Motion for Leave to File Supplemental Response [to Defendant's Motion for Compassionate Release] Under Seal. ECF No. 52. The motion is granted in part. The sealing is limited to a supplement to the anticipated response, which contains medical and personal information and specific references to medical and personal information. That which does not include references to Defendant's medical and personal information shall be included in the (unsealed) anticipated response to Defendant's Motion for Compassionate Release.

IT IS SO ORDERED.

   May 17, 2021                                      */s/ Benita Y. Pearson*
Date                                                 Benita Y. Pearson
                                                         United States District Judge