### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO: 1:20-CR-228 |
| | : | |
| Plaintiff, | : | JUDGE  BENITA Y. PEARSON |
| | : | |
| -vs- | : | |
| | : | **NOTICE OF INTENT NOT** |
| WANE NORRIS, | : | **TO FILE RESPONSE** |
| | : | |
| Defendant. | : | |

Defense counsel hereby gives notice that after a review of the case and discussion with Mr. Norris, counsel will not be filing a response to the Government's Supplemental Response in Opposition to Defendant's Motion to Reduce Sentence.  For the reasons stated both in his motion for compassionate release and supplement to motion, Mr. Norris respectfully requests this Court reduce his sentence to time served pursuant to 18 U.S.C. § 3582(c)(1)(A).

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar:  0051928

*/s/Khalida A. Sims*
KHALIDA A. SIMS
Assistant Federal Public Defender
Ohio Bar: 0090054
1660 West Second Street, Suite #750
Cleveland, OH 44113
(216) 522-4856 Fax: (216)522-4321
E-mail: khalida_sims@fd.org