PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO.  1:20CR0228 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| WAYNE NORRIS, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |

In light of the recent rulings from the Sixth Circuit in *United States v. Traylor*, --- F.4th ----, No. 21-1565, 2021 WL 5045703 (6th Cir. Nov. 1, 2021), and *United States v. Lemons*, 15 F.4th 747, 751 (6th Cir. 2021), the Government shall serve and file under seal a brief Second Supplemental Response addressing (1) whether Norris has access to a COVID-19 vaccine and (2) Defendant's vaccination status.

IT IS SO ORDERED.

November 9, 2021                    /s/ Benita Y. Pearson
Date                               Benita Y. Pearson
                                   United States District Judge