IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20CR228 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| v. | ) | |
| | ) | |
| WAYNE NORRIS, | ) | NOTICE OF APPEARANCE AND |
| | ) | SUBSTITUTION OF COUNSEL |
| Defendant. | ) | |

Now comes the United States of America, by and through its attorneys, Michelle M. Baeppler, Acting United States Attorney, and Vanessa V. Healy, Assistant United States Attorney, and hereby enters her appearance as attorney of record for the government in the within action, and respectfully requests this Court that she be substituted for, and in place of, Kevin P. Pierce, for all further proceedings and notices in the within action, as attorney for the United States of America.

                                        Respectfully submitted,

                                        MICHELLE M. BAEPPLER
                                        Acting United States Attorney

By:   /s/ Vanessa Healy
        Vanessa Healy (OH: 0092212)
        Assistant United States Attorney
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, OH 44113
        (216) 622-3652
        (216) 522-8355 (facsimile)
        Vanessa.Healy@usdoj.gov